UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| KIERAN THOMAS SMYTH, | § § § | |
| Petitioner, | § § | |
| v. | § § | SA-20-CA-493-DAE (HJB) |
| WILLIAM BARR U.S. Attorney General; CHAD WOLF Acting Secretary, Department of Homeland Security; THOMAS E. FEELY, ICE District Director, Salt Lake City District Office; DANA FISHBURN, ICE Assistant Field Officer Director, Las Vegas Field Office; RAY CASTRO, Warden, South Texas Detention Facility; MICHAEL J. PITTS, ICE San Antonio Field Office Director; and RANDALL HENDERSON ICE Assistant Field Office Director (Detention); | § § § § § § § § § § § § § § § | |
| Respondents. | § | |

**ORDER**

Before the Court is the status of this immigration habeas corpus case, which has been referred to the undersigned for consideration of pretrial matters pursuant to 28 U.S.C. § 636(b). (Docket Entry 8.)

On July 1, 2020, Respondents filed an advisory indicating that Petitioner was removed from the United States to the United Kingdom, on or about June 30, 2020. (Docket Entry 51.) Respondents indicated that, if counsel for Petitioner did not voluntarily dismiss the case, they would file a motion to dismiss the case as moot as soon as they had received documentation reflecting the removal. (*See id.*)

In light of Respondents' advisory, it is hereby **ORDERED** that any motion to dismiss this case as moot must be filed **on or before July 28, 2020.**

**SIGNED** on July 14, 2020.

> _____
> Henry J. Bemporad
> United States Magistrate Judge