UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| KIERAN THOMAS SMYTH, | § § § | |
| Petitioner, | § § | |
| v. | § § | SA-20-CA-493-DAE |
| WILLIAM BARR U.S. Attorney General; CHAD WOLF Acting Secretary, Department of Homeland Security; THOMAS E. FEELY, ICE District Director, Salt Lake City District Office; DANA FISHBURN, ICE Assistant Field Officer Director, Las Vegas Field Office; RAY CASTRO, Warden, South Texas Detention Facility; MICHAEL J. PITTS, ICE San Antonio Field Office Director; and RANDALL HENDERSON ICE Assistant Field Office Director (Detention); | § § § § § § § § § § § § § § | |
| Respondents. | § | |

**ORDER**

In light of Defendants' Stipulation of Dismissal (Docket Entry 53) filed on today's date, it is hereby **ORDERED** that the above-entitled and numbered cause is **RETURNED** to the District Court for all purposes.

**SIGNED** on July 28, 2020.

Henry J. Bemporad
United States Magistrate Judge
